***SUPPRESSED***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 14 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:25CR258 MTS/RHH |
| | ) | |
| LATASHA L. FRISON, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1. Defendant LATASHA FRISON was a resident of Illinois and operated a tax preparation business in St. Louis, Missouri, within the Eastern District of Missouri, under various names, including Tax Rite, Taxed Rite, and Tax Doctor.

2. Beginning no later than in or around 2017 and continuing through at least in or around 2024, FRISON prepared tax returns for compensation in St. Louis, Missouri and submitted tax returns that she prepared for compensation from her tax preparation business in St. Louis, Missouri, among other locations.

## COUNTS 1–17

**Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Tax Returns (26 U.S.C. § 7206(2))**

3. The above paragraphs are realleged and incorporated by reference as if fully set forth herein.

4. On or about the dates listed below, in St. Louis, Missouri, within the Eastern District of Missouri, and elsewhere, the defendant,

**LATASHA L. FRISON,**

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and tax years set forth below, which were false and fraudulent as to a material matter, in that the returns reported certain deductible expenses, tax credits, and other items in certain amounts, described below for each count, whereas, as the defendant knew, the taxpayers were not entitled to claim those items in the claimed amounts, each return constituting a separate count:

| Count | Approx. Date | Taxpayer(s) | Tax Year | False Item(s) | Amount(s) Claimed |
|---|---|---|---|---|---|
| 1 | April 20, 2022 | S.B. | 2020 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit | <br>$72,100<br>$111,524<br><br><br>$12,070 |
| 2 | March 17, 2022 | S.B. | 2021 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit before 4/1/21<br>Qualified sick and family leave credit after 3/31/21 | <br>$182,787<br>$134,076<br><br><br>$13,280<br><br>$14,000 |
| 3 | January 28, 2023 | S.B. | 2022 | Schedule C<br>Business expenses | <br>$50,272 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | February 15, 2024 | S.B. | 2023 | Schedule C<br>Business gross receipts<br>Business expenses | <br>$59,042<br>$221,536 |
| 5 | February 26, 2021 | A.M. | 2020 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit | <br>$11,732<br>$38,219<br><br><br>$1,500 |
| 6 | March 21, 2022 | A.M. | 2021 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit before 4/1/21<br>Qualified sick and family leave credit after 3/31/21 | <br>$58,222<br>$62,622<br><br><br>$2,240<br><br>$10,500 |
| 7 | February 8, 2023 | A.M. | 2022 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 4136<br>Credit for federal tax on fuels | <br>$58,527<br>$40,052<br><br><br>$7,975 |
| 8 | August 25, 2022 | C.R. | 2020 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit | <br>$62,008<br>$63,956<br><br><br>$10,390 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | August 20, 2022 | C.R. | 2021 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit before 4/1/21<br>Qualified sick and family leave credit after 3/31/21 | <br>$61,002<br>$60,239<br><br><br>$10,200<br><br>$6,280 |
| 10 | August 16, 2023 | C.R. | 2022 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 4136<br>Credit for federal tax on fuels | <br>$67,681<br>$47,978<br><br><br>$23,110 |
| 11 | March 11, 2022 | C.S. | 2021 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit before 4/1/21<br>Qualified sick and family leave credit after 3/31/21 | <br>$61,377<br>$61,345<br><br><br>$9,350<br><br>$10,080 |
| 12 | January 27, 2023 | C.S. | 2022 | Schedule C<br>Business expenses | <br>$27,658 |
| 13 | March 16, 2024 | C.S. | 2023 | Schedule C<br>Business gross receipts<br>Business expenses | <br>$4,728<br>$46,959 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | February 10, 2021 | Ter. W.<br>Teq. W. | 2020 | Schedule C<br>Business gross receipts<br>Business expenses | <br>$10,254<br>$101,625 |
| 15 | March 16, 2022 | Ter. W.<br>Teq. W. | 2021 | Schedule C<br>Business gross receipts<br>Business expenses<br><br>Schedule 3 and Form 7202<br>Qualified sick and family leave credit before 4/1/21<br>Qualified sick and family leave credit after 3/31/21 | <br>$75,300<br>$95,876<br><br><br>$12,600<br><br>$13,580 |
| 16 | February 3, 2023 | Ter. W.<br>Teq. W. | 2022 | Schedule C<br>Business expenses<br><br>Schedule 1<br>Expenses related to rental of personal property<br><br>Schedule 3<br>Credit for federal tax on fuels | <br>$24,160<br><br><br>$31,055<br><br><br>$6,056 |
| 17 | February 8, 2024 | Teq. W. | 2023 | Schedule C<br>Business gross receipts<br>Business expenses | <br>$15,842<br>$102,956 |

All in violation of Title 26, Untied States Code, Section 7206(2).

A TRUE BILL.

________________________
FOREPERSON

SAYLER A. FLEMING
United States Attorney

______________________________
JONATHAN A. CLOW #68003MO
Assistant United States Attorney